FILED
MAR 2 3 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 11CR5861-GT |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER CONTINUING HEARING** |
| CARLOS ALVAREZ-PEREZ, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that Mr. Alvarez-Perez' Sentencing Hearing scheduled for March 29, 2012 at 9:30 a.m., be rescheduled to **April 23, 2012 at 9:30 a.m.**

**SO ORDERED.**

DATED: 3-23-12

**HONORABLE GORDON THOMPSON, JR.**
United States District Judge